*Louis Susman* and *J. M. Cohen* for Joseph Panzarino, appellant.

*Charles B. McLaughlin, District Attorney* (*Sol. Boneparth* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, O'BRIEN and HUBBS, JJ. CRANE, LEHMAN and KELLOGG, JJ., dissent and vote for a new trial as to the defendant Panzarino, but concur as to the other defendants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GUISEPPE CARICARI and ALFONSO CORRATO, Appellants.

(Argued October 7, 1931; decided November 17, 1931.)

*Mortimer C. O'Brien* for Guiseppe Caricari, appellant.

*Charles E. Doyle* for Alfonso Corrato, appellant.

*Frank H. Coyne, District Attorney* (*James E. Dempsey* of counsel), for respondent.

Judgment of conviction affirmed as to each defendant; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANCIS CROWLEY, Appellant.

(Argued October 7, 1931; decided November 17, 1931.)

*Charles R. Weeks* and *George A. Gibson* for appellant.

*Elvin N. Edwards, District Attorney (Philip Huntington* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.